No. 76–1308. Woods et al. v. Ohio. Sup. Ct. Ohio. Motion of American Civil Liberties Union of Ohio Foundation, Inc., for leave to file a brief as *amicus curiae* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Lockett* v. *Ohio, ante,* p. 586.

No. 76–1871. United States v. Moriani. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Grayson, ante,* p. 41.

In the following cases (No. 76–6523 through No. 77–6645) motions for leave to proceed *in forma pauperis* and petitions for writs of certiorari are granted, judgments are vacated insofar as they leave undisturbed the death penalties imposed, and the cases are remanded for further proceedings. See *Lockett* v. *Ohio, ante,* p. 586.